■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN CONWAY, JR., Appellant. [684 NYS2d 454] —Judgment unanimously affirmed. Memorandum: Defendant contends that County Court erred in failing to vacate his plea of guilty to two counts of robbery in the first degree (Penal Law § 160.15 [4]). Because defendant did not move to withdraw his plea or to vacate the judgment of conviction, that contention is not preserved for our review (*see, People v Johnson,* 251 AD2d 996). Defendant's sentence is neither unduly harsh nor severe. (Appeal from Judgment of Onondaga County Court, Fahey, J.—Robbery, 1st Degree.) Present—Pine, J. P., Hayes, Wisner, Pigott, Jr., and Boehm, JJ.